UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 13, 2010

No. 09-2427

CHAFIK SEBKI,

Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA,

Respondent

(B.I.A.-1: A098-496-669)

Present: VAN ANTWERPEN, Circuit Judge

Motion filed by Petitioner to Place Record under Seal and to Remove Publicly-Available Electronic Posting of Related Orders and Opinions.

/s/ Taleah Grimmage
Case Manager (267)299-4251

**O R D E R**

**The foregoing** motion of Petitioner to place record under seal and to remove publicly-available electronic posting of related orders and opinions is granted.

**By the Court,**

/s/ *Franklin S. Van Antwerpen*
**Circuit Judge**

**Dated:** August 17, 2010

trg/cc:    Elissa C. Steglich, Esq.
Theodore C. Hirt, Esq.